

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00479-CV

| | | |
|---|---|---|
| Z.S., Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Parker County (CIV-22-0389) |
| V. | | |
| | § | September 7, 2023 |
| L.S., Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's final order of protection is reversed and we render judgment denying application for protective order.

It is further ordered that Appellee L.S. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
    Justice Mike Wallach